# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Tamicka Graham,                                 Civ. No. 11-2702 (JNE/JJK)

       Plaintiff,

v.

I.C. System INC,                                  **ORDER**

       Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 3, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint (Doc. No. 1), be **DISMISSED WITHOUT PREJUDICE**.

Date: February 23, 2012

                                                 s/ Joan N. Ericksen
                                                 JOAN N. ERICKSEN
                                                 United States District Court